BONNIFORD LESLIE, Respondent, *v.* FIREMEN'S INSURANCE COMPANY OF NEWARK, N. J., Appellant, Impleaded with Another.

*Leslie* v. *Firemen's Ins. Co. of Newark, N. J.*, 133 App. Div. 892, affirmed.

(Argued December 8, 1910; decided January 3, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 21, 1909, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover on a policy of fire insurance.

*Frank Walling* and *S. J. Rosenblum* for appellant.

*John M. Coleman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ. Absent: WERNER, J.